No. ——. Original. *Ex parte:* In the Matter of Sam Sylvester, Petitioner. Submitted December 16, 1918. Decided December 23, 1918. Motion for leave to file a petition for a writ of *habeas corpus* denied. *Mr.. Harold O. Mulks* for petitioner.

---

No. 97. F. A. Hooper et al. *v.* W. S. Kingsbury, as Surveyor General and Ex Officio Register of the State Land Office of the State of California. Error to the District Court of Appeal, First Appellate District, of the State of California. Submitted December 17, 1918. Decided January 7, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Messenger* v. *Kingsbury,* 158 California, 611; *People* v. *California Fish Co.,* 166 California, 576; *People* v. *Banning Co.,* 166 California, 635. (2) *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 314; *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Manhattan Life Ins. Co.* v. *Cohen,* 234 U. S. 123, 137. (3) *Campbell .v. Wade,* 132 U. S. 34; *Gonzales* v. *French,* 164 U. S. 338, 345; *Banning Co.* v. *California,* 240 U. S. 142, 154. *Mr. Charles C. Boynton* and *Mr. Robert T. Devlin* for plaintiffs in error. *Mr. .U. S. Webb* for defendant in error.